LEWIS BRISBOIS BISGAARD & SMITH LLP
JULIAN J. PARDINI, SB# 133878
   E-Mail: pardini@lbbslaw.com
MARK KOOP, SB# 124614
   E-Mail: koop@lbbslaw.com
SARA J. SAVAGE, SB# 199344
   E-Mail: savage@lbbslaw.com
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant AMERICAN HOME ASSURANCE COMPANY

FILED
AUG 2 1 2006
E-FILING
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
AUG 1 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY MUSHROOMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 06-00400 HRL<br><br>**STIPULATION TO CONTINUE MEDIATION DATE AND [PROPOSED] ORDER**<br><br>Dept. 2<br><br>ACTION FILED:   1/20/06 |

   Plaintiff MONTEREY MUSHROOMS, INC. and Defendant AMERICAN HOME ASSURANCE COMPANY, by and through their undersigned counsel, hereby jointly stipulate to continue the mediation deadline in this matter one day beyond the current deadline of August 28, 2006.

   The date ordered by the Court for the mediation to be conducted was August 28, 2006. The parties to this case attempted to coordinate a date on which the mediation would be concluded prior to August 28, 2006. However, scheduling difficulties ensued based on trial schedules and

4813-5792-7937.1
-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE

summer vacations of counsel. The mediation in this matter is now currently scheduled to take place on August 29, 2006.

Therefore, good cause exists for the requested extension of the mediation deadline.

Respectfully submitted,

DATED: August 5, 2006          WILLOUGHBY, STUART & BENING, INC.

By _____
Bradley A. Bening
Attorneys for Plaintiff
MONTEREY MUSHROOMS, INC.

DATED: August 4, 2006          LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Julian J. Pardini
Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

## ORDER

Upon reviewing the above stipulated request of the parties for an order extending the deadline for mediation in this matter,

IT IS ORDERED that the deadline for continuing the mediation in this matter shall be, and hereby is, extended to and including August 29, 2006.

DATED: 8/21/06

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

4813-5792-7937.1

-2-

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING MEDIATION DEADLINE