United States District Court
For the Northern District of California

**\*E-FILED: 4/11/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY MUSHROOMS, INC., | No. C06-00400 HRL |
| Plaintiff, | **ORDER GRANTING PARTIES' THIRD STIPULATED REQUEST TO EXTEND DISCOVERY DEADLINES** |
| v. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Defendant.. | |

On April 9, 2007, the parties submitted their third stipulated request to extend discovery deadlines, some of which had already expired at the time the request was filed. This court nonetheless has the power to relieve a party of an expired time limit for performing an act upon a showing of excusable neglect. FED.R.CIV.P. 6(b). Here, it appears that the parties are moving forward with their efforts to resolve this matter informally; and, their requested extension will be granted. However, the parties are advised that the court is not inclined to continue this matter indefinitely. Accordingly, IT IS ORDERED THAT:

1. The discovery deadlines are extended as follows:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 8, 2007

Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 8, 2007

Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . June 18, 2007

Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 18, 2007

1    2.    The court will discuss this matter further at the **May 29, 2007** case management conference, which remains on calendar at 1:30 p.m. in Courtroom 2.  At that time, the court will consider whether other deadlines and trial (all of which were vacated in a previous order) should be re-set.  The parties shall be prepared to discuss whether or not they believe further mediation efforts will be productive.  The parties are reminded that their joint status report shall be filed **no later than May 22, 2007**.

IT IS SO ORDERED.

Dated:    April 11, 2007



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:06-cv-400 Notice will be electronically mailed to:**

2 Bradley A. Bening bab@wsblaw.net, kas@wsblaw.net

3 Bruce D. MacLeod bdm@wsblaw.net, lnm@wsblaw.net

4 Julian J. Pardini pardini@lbbslaw.com, koch@lbbslaw.com

5 Sara J. Savage sara.savage@wilsonelser.com, marylisette.meyer@wilsonelser.com

6

7 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.