**\*E-FILED: 5/29/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY MUSHROOMS, INC., | No. C06-00400 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR** |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Defendant. | |

A case management conference was held in this matter on May 29, 2007. Counsel for defendant American Home Assurance Company was present. Bradley A. Bening, lead counsel for plaintiff Monterey Mushrooms, Inc., failed to appear.

IT IS ORDERED THAT Mr. Bening appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **June 12, 2007 at 10:00 a.m.** and show cause, if any, why she should not be sanctioned for failure to appear at the case management conference. Defense counsel need not appear at the order to show cause hearing.

Dated: May 29, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-400 Notice will be electronically mailed to:**

Bradley A. Bening bab@wsblaw.net, kas@wsblaw.net

Bruce Douglas MacLeod bdm@wsblaw.net, lnm@wsblaw.net

Julian J. Pardini pardini@lbbslaw.com, koch@lbbslaw.com

Sara J. Savage sara.savage@wilsonelser.com, marylisette.meyer@wilsonelser.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.