**\*E-FILED: 6/12/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY MUSHROOMS, INC., | No. C06-00400 HRL |
| Plaintiff, | |
| v. | **ORDER RE SANCTIONS** |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Defendant. | |

This court ordered plaintiff's counsel to appear and show cause why he should not be sanctioned for failure to appear at a May 29, 2007 case management conference. Based upon the discussion held at the June 12, 2007 hearing, the court finds no good cause for the failure to appear. Accordingly, the court sanctions Bradley Bening the amount of $250.00 to be paid forthwith to the Clerk of the Court.

IT IS SO ORDERED.

Dated:   June 12, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-400 Notice will be electronically mailed to:**

Bradley A. Bening bab@wsblaw.net, kas@wsblaw.net

Bruce Douglas MacLeod bdm@wsblaw.net, lnm@wsblaw.net

Julian J. Pardini pardini@lbbslaw.com, koch@lbbslaw.com

Sara J. Savage sara.savage@wilsonelser.com, marylisette.meyer@wilsonelser.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.